UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DENNIS WILLIAM DIEHL,

Plaintiff,

v.  Case No: 6:13-cv-1289-Orl-18TBS

FCCI INSURANCE GROUP, INC.,

Defendant.

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on Plaintiff's Motion to Proceed In Forma Pauperis (Doc. No. 2). Court having reviewed the report and recommendation of the magistrate judge and the response from the Plaintiff (Doc. No. 4), it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. The motion is **DENIED,** the complaint is without merit and is therefore **DISMISSED** without prejudice. Clerk of the Court is directed to **CLOSE** the case.

**DONE AND ORDERED** at Orlando, Florida, this ____ day of September, 2013.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record
Unrepresented Parties